# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
October 10, 2019

Lyle W. Cayce
Clerk

No. 19-50636
Summary Calendar

DR. LAKSHMI ARUNACHALAM,

    Plaintiff - Appellant

v.

APACHE CORPORATION,

    Defendant - Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:19-CV-352

Before CLEMENT, ELROD, and OLDHAM, Circuit Judges.

PER CURIAM:*

    We examine our appellate jurisdiction on our own motion if necessary. *Mejia v. Whitaker*, 913 F.3d 482, 487 (5th Cir. 2019). The plaintiff is suing for patent infringement. The Federal Circuit has exclusive jurisdiction over appeals in any action arising under an Act of Congress relating to patents.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-50636

28 U.S.C. § 1295(a)(1). Accordingly, we DISMISS this appeal for lack of jurisdiction.